

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-90,463-01

### EX PARTE JUAN ISMAEL SANCHEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1465625-A IN THE 180TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id.* at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears to be incomplete.

The trial court's findings state that trial counsel supplied two affidavits. The record forwarded to this Court contains an affidavit from trail counsel, Mr. Andrew D. Martin, dated

January 23, 2020, but there is no other affidavit. *See* Habeas Supplemental Record at 3, 6. The

district clerk shall either forward to this Court the other affidavit to which the trial court refers in

its findings or certify in writing that the other affidavit is not part of the record. The district clerk

shall comply with this order within thirty days from the date of this order.


Filed:  February 24, 2020
Do not publish